# EXHIBIT "D"

# SUBMITTED IN CAMERA