# EXHIBIT "E"

# SUBMITTED IN CAMERA