AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
## Western District of New York

| | |
|---|---|
| Nancy Palmer | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22 – CV – 00976-CCR |
| | ) |
| Oakfield-Alabama Central School District | ) |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Nancy Palmer.

And hereby certify that there will be no delay in proceedings as a result hereof.

Date: March 24, 2024

*Attorney's Signature*

Theodore S. Kantor
*Printed name and bar number*

Brown Hutchinson LLP
925 Crossroads Building
Two State Street, New York 14614
tkantor@brownhutchinson.com
*Tel:* (585) 454-5050
(585) 454-5066